AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

RUEBEN RAY SMITHERMAN

V.

PENNSYLVANIA LIFE INSURANCE
COMPANY, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV 1222

TO: (Name and address of Defendant)

D. Kendall Taylor
Pennsylvania Life Insurance Company registered agent for service of
process
502 E. Notch St.
Andalusia, AL 36420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. MATTHEW STEPHENS
McCALLUM, METHVIN & TERRELL, P.C.
2201 ARLINGTON AVENUE SOUTH
BIRMINGHAM, AL 35205
(205) 939-0199

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/29/05