**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   D. Kendall Taylor, Registered Agent
   Pennsylvania Life Insurance Co.
   502 E. Notch St.
   Andalusia, AL 36420

   54 C 05-1222

2. Article Number
   (Transfer from service label)

   7002 0860 0002 2871 9600

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kendall Taylor_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Kendall Taylor

C. Date of Delivery
   1-3-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540