IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUEBEN RAY SMITHERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:05-cv-1222 |
| PENNSYLVANIA LIFE INSURANCE COMPANY, individually and as successor in interest to EXECUTIVE FUND LIFE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Pennsylvania Life Insurance Company moves for an extension of time to file a responsive pleading to the Complaint in this action until Monday, February 6, 2006. Defendant has conferred with Plaintiffs' counsel regarding this request and Plaintiffs' counsel has no objection. A proposed order granting this extension of time to respond is attached hereto for the Court's consideration.

Respectfully submitted this 23rd day of January 2006.

/s/ John A. Smyth III
John A. Smyth III
Attorney for Defendant
Pennsylvania Life Insurance Company

**OF COUNSEL:**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000
Facsimile: (205) 254-1999

Page 1 of 2

01288696.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person(s) by placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 23rd day of January, 2006.

Robert G. Methvin Jr.
J. Matthew Stephens
Rodney G. Miller
McCallum & Methvin, PC
The Highland Building
2201 Arlington Avenue South
Birmingham, AL  35205
(205) 939-0199

OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUEBEN RAY SMITHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1222 |
| ) | |
| PENNSYLVANIA LIFE INSURANCE ) | |
| COMPANY, individually and as successor) | |
| in interest to EXECUTIVE FUND LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pending before the Court is an Unopposed Motion for Extension of Time to Respond filed by Defendant Pennsylvania Life Insurance Company. Having considered the Motion, the Court finds it is due to be Granted and Defendant is given until Monday, February 6, 2006 to file a responsive pleading to the Complaint in this action.

Ordered this ____ day of _____ 2006.

_____
US DISTRICT COURT JUDGE

Page 1 of 1

01288696.1