IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN RAY SMITHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-1222-MEF |
| ) | |
| PENNSYLVANIA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. # 4). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Defendant may file a responsive pleading to the Complaint on or before February 6, 2006.

DONE this the 24th day of January, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE