IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN RAY SMITHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05-cv-1222-MEF |
| | ) |
| PENNSYLVANIA LIFE INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This cause is before the Court on Defendant's Motion to Substitute (Doc. # 31). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this 18th day of May, 2006.

                                       /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE