**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 19, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Rueben Ray Smitherman v. Pennsylvania Life Insurance Co.**

**Case Number:**     **#2:05-cv-01222-MEF**

**Referenced Document:**  **Document #12**
**Motion for Leave to File Amended Answer**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf was the amended answer not the motion. The corrected pdf is attached to this notice.**