IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REUBEN RAY SMITHERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05-cv-1222-MEF |
| | ) |
| PENNSYLVANIA LIFE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Leave to File Amended Answer (Doc. # 12). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this 23rd day of May, 2006.

                                                  /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE