**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

August 21, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Rueben Ray Smitherman v. Pennsylvania Life Insurance Company**
**Case Number: 2:05-cv-1222-MEF**

**Pleading : #18 - Motion for Entry of Consent Protective Order**

**Notice of Correction is being filed this date to advise that the Certificate of Service for the referenced pleading which was e-filed on 8/18/2006 did not contain the attorney's electronic signature.**

**The corrected pdf document is attached to this notice.**