IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RUEBEN RAY SMITHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1222-MEF |
| | ) | |
| PENNSYLVANIA LIFE INSURANCE | ) | |
| COMPANY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

It is hereby ORDERED that the pretrial conference set for April 26, 2007 is rescheduled for April 19, 2007 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 1st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE