IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUEBEN RAY SMITHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1222 |
| ) | |
| PENNSYLVANIA LIFE INSURANCE ) | |
| COMPANY, individually and as successor) | |
| in interest to EXECUTIVE FUND LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Rueben Ray Smitherman and Defendant Pennsylvania Life Insurance Company, individually and as successor in interest to Executive Fund Life Insurance Company, in the above-styled case and jointly request that this Court dismiss this case and all claims related thereto <u>with prejudice</u>, each party to bear its own costs.

/s/ J. Matthew Stephens

J. Matthew Stephens
One of the Attorneys for Plaintiff Rueben
Ray Smitherman

**OF COUNSEL**

Robert G. Methvin Jr.
J. Matthew Stephens
Rodney G. Miller
McCallum & Methvin, PC
The Highland Building
2201 Arlington Avenue South
Birmingham, AL  35205
(205) 939-0199

01440326.1

/s/ Will A. Smith
_____

Will A. Smith
One of the Attorneys for Defendant
Pennsylvania Life Insurance Company

**OF COUNSEL:**

John A. Smyth III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000
Facsimile: (205) 254-1999

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person(s) by electronic mail and/or CM/ECF notification, this the 24 day of January, 2007.

Robert G. Methvin Jr.
J. Matthew Stephens
Rodney G. Miller
McCallum & Methvin, PC
The Highland Building
2201 Arlington Avenue South
Birmingham, AL  35205
(205) 939-0199

OF COUNSEL
_____